UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:97-00039 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| DONALD ODOM | ) | |
| | ) | |

### GOVERNMENT'S MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests that the revocation hearing scheduled in this case for August 17, 2012, be continued to August 7, 2012. The defendant is currently in the custody of the Tennessee Department of Corrections in Whiteville, Tennessee. Undersigned counsel has been advised by the U.S. Marshal Service that due to the location of the defendant, the U.S. Marshals Service will be unable to obtain custody of the defendant in time for the hearing currently scheduled for August 17, 2012. The U.S. Marshals Service has also advised undersigned counsel that the Tennessee Department of Corrections will not honor a writ with a date that has already passed. Therefore, in order for there to be enough time to obtain and process an amended writ, the Government requests a continuance of the revocation hearing for at least two weeks. Therefore, if convenient to the Court, the Government requests that the hearing be reset for August 31, 2012.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By: *s/Sandra G. Moses*
SANDRA G. MOSES
Assistant U.S. Attorney