IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 3:97-00039 |
| ) | CHIEF JUDGE HAYNES |
| DONALD ODOM ) | |

## AGREED ORDER

In this cause, for the reasons set forth in the Joint Motion of the parties, the Court hereby resets this matter from Friday, August 31, 2012, at 11:00 a.m. (D.E. 50) to Friday, September 20, 2012, at 11:00 a.m.

Executed this _31_ day of August, 2012.

Honorable William J. Haynes, Jr.
Chief U.S. District Judge for the
Middle District Of Tennessee

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, I electronically filed the foregoing Joint Motion to Continue Revocation Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sandra Moses, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203 and Paul Montgomery, United States Probation Officer, 110 Ninth Avenue, South, Suite A-725, Nashville, Tennessee 37203-3899.

s/*Jude T. Lenahan*